*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 21-BG-717**

IN RE SCOTT ADKINS

**2019 DDN 151**

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 980220**

BEFORE: Thompson* and Beckwith, Associate Judges, and Fisher, Senior Judge.

## O R D E R
(FILED— December 23, 2021)

On consideration of the certified order from the Supreme Court of California disbarring respondent from the practice of law in that jurisdiction; this court's October 29, 2021, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file either a response to this court's order to show cause or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Scott Adkins is hereby disbarred from the practice of law in the District of Columbia. It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**

\*Judge Thompson's term expired on September 4, 2021, and she will continue to serve as an Associate Judge until her successor is confirmed.  See D.C. Code § 11-1502 (2012 Repl.).  She was qualified and appointed on October 4, 2021, to perform judicial duties as a Senior Judge and will begin her service as a Senior Judge on a date to be determined after her successor is appointed and qualifies.